UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IQBAL SANDHU,

        NO. CIV. S-11-3049 LKK/DAD

    Plaintiff,

  v.

        O R D E R

GOLDEN EAGLE INSURANCE CORPORATION, and
DOES 1 through 10, inclusive,

    Defendants.
_____/

    A status conference was held in chambers on February 13, 2012. After hearing, the court orders as follows:

    1.   Plaintiff is to file its motion to remand within 15 days. (This is not a determination of timeliness.)

    2.   Defendant is to bring on its motion to disqualify within 15 days.

    3.   A further status conference is set for April 2, 2012 at 2:00 p.m.

    IT IS SO ORDERED.

    DATED: February 13, 2012.

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT