UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IQBAL SANDHU,

        Plaintiff,

   v.

GOLDEN EAGLE INSURANCE CORPORATION, and DOES 1 through 10, inclusive,

        Defendants.

/

NO. CIV. S-11-3049 LKK/DAD

O R D E R

A status conference was held in chambers on February 13, 2012. After hearing, the court orders as follows:

1. Plaintiff is to file its motion to remand within 15 days. (This is not a determination of timeliness.)
2. Defendant is to bring on its motion to disqualify within 15 days.
3. A further status conference is set for April 2, 2012 at 2:00 p.m.

IT IS SO ORDERED.

DATED: February 13, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1